# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 50206 | **DATE** | 3/27/2002 |
| **CASE TITLE** | U.S.A. vs. GUILLERMO MAYA-DOMINGUEZ | | |

**MOTION:**

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]    For the reasons stated on the reverse Memorandum Opinion and Order, the court denies a certificate of appealability.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | number of notices | **Document Number** |
| | No notices required. | | | |
| X | Notices mailed by judge's staff. | | MAR 28 2002 | |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | 3-28-02 | |
| | | | date mailed notice | |
| /SEC6 | courtroom deputy's initials | | | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

CLERK, U.S. DISTRICT COURT
02 MAR 28 PM 2:40
FILED-WD

# ORDER

Due to defendant Guillermo Maya-Dominguez's initial failure to file a brief defining the issues in his motion pursuant to 28 U.S.C. § 2255 this court summarily dismissed his motion on July 13, 2001 as not timely filed. On July 30, 2001 defendant filed a motion for reconsideration which was denied on August 2, 2001. On October 15, 2001 defendant filed a notice of appeal and application for a certificate of appealability. In the application for the certificate defendant states the three issues he intends to raise in the appeal: (1) whether his original motion was timely filed; (2) whether <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000) is retroactive to his case; and (3) if <u>Apprendi</u> is retroactive, whether it applies to his sentence of imprisonment of 168 months. Even assuming his § 2255 motion was timely and the court improvidently summarily dismissed it for this reason (though his notice of appeal may be untimely), the decision in <u>Apprendi</u> does not apply as defendant was not sentenced above the 40-year statutory maximum sentence for conspiracy to possess with intent to distribute 650 kilos of marijuana as charged under 21 U.S.C. § 846. Accordingly, no substantial showing of the denial of a constitutional right is made and the court denies a certificate of appealability.